**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES ARZOLA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>M.D. BITER, WARDEN,<br><br>　　　　Respondent. | CASE NO. SA CV 13-00465 GHK (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 3/4/14

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE